IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARRYL E. BRIGGS                                                                    PLAINTIFF
Reg. #087649

v.                              No: 4:17-cv-00587 PSH

CHARLES ALLEN                                                                       DEFENDANT

## JUDGMENT

Pursuant to the memorandum and order filed this date, judgment is entered dismissing this case.

Dated this 11th day of July, 2019.

_____
Patricia S. Harris
United States Magistrate Judge